Our next case today is case number four one two zero two one two in Ray Taylor versus Amy Willie Merrill for the Appellant we have James Martin case and for the appellee David Sotomayor I Had the opportunity to try this case last summer and I had the privilege of having my 15 year old son I'm with me just finished high school He sat there and he listened to the whole case And when I told him about the verdict he looked at me and kind of bewildered said dad It's just not right and I thought about that hard and long. I don't think it takes an attorney I don't think it takes a judge to look at these facts and Conclude that this just isn't right you have a situation here where a man finds out that he has a child He takes steps to talk to Amy Wills who is at that time divorced from Jason Amy's not here. She's found nothing Jason Wills is here with his attorney, and he's the former spouse the legal father the recognized legal father of My client does Finds that he's the child's father and takes interest and does things and gets to know this child for about a six to eight week Period he spends four to five days a week with the child He does all these things and yet look at the pictures pictures in this case really do say at all You'd have dozens of photographs of my client with his family and Jaylee and these pictures are remarkable They're hugging. They're smiling. They're engaged Then basically what happens is there's a judicial order the Judicial order in the divorce case apparently mr. Wills didn't like the fact that my client is not getting involved so he gets Judge Skronsky to enter an order It occurred on January 9th the order was entered until a little bit later, but says no contact You can't have any contact with this child. I can't see this child And the order is directed to to miss Wills Amy Wills because my client at that time is not a party to the case Long and short though of course is that now this Relationship that started that's engaged. That's ongoing. That's beneficial to this child is truncated judicially truncated and then what basically happens is the fact that The judicial truncation of this relationship is the basis for dr. Fry Who is directed by the court to do a visitation? Evaluation she basically says well, there's no indication or evidence that this child knows who her father is it's it's a pretty remarkable Conclusion I think as I set forth in my brief Because you have all these pictures and photographs you have teachers saying this child came in and talked to the teacher about Steve being my Real daddy, and I have these other daddies and so forth You also have to understand that not only was Steve Taylor involved in this child's life Jason Wills was involved in a stepfather mr.. Merrill, so you have multiple different layers of Individuals here that get involved in time to time the one theme that's been consistent throughout this case Is that my client Steve said hey look whatever you do make certain that you don't do anything That's going to compromise Jaylee's relationship with Jason or anybody else I want my time with her, but I'm not going to ask you to do anything to affect those. I want to You have to I think look at the testimony of dr. Fry and Determine whether or not that testimony really Holds weight or makes any sense to me. It's kind of like a hall of mirrors here We have a doctor who says well yeah, these are great pictures, but it really doesn't tell me Knows who her father is it's pretty remarkable, and it's not just my opinion We had dr. Oz to testify and she found it to be the same thing. It's a remarkable conclusion that dr. Fry conclude this child doesn't know who Steve is The really troubling part of this of course is that dr. Fry was asked repeatedly by myself and cross-examination Give any evidence whatsoever that this would affect this child is there anything that shows this child would be affected by this or anything that You've seen from the prior relationship and dr. Fry says no this is all based upon Piaget and Erickson's theories in the 50s and 60s that When someone else is introduced it could have an effect on the child When you look at all of those facts It's pretty remarkable to me that mr. Taylor can be deprived and in fact More mark with not just a lack of visitation, but no contact. There's never an order of protection this gentleman did nothing He's hard-working. He pays child support, and he's told not only can't he have this patient's job When you look at this particular case, I think a couple issues really come to mind First what is the standards by which we're deciding this and if you look at the Paternity Act 750 ILCS 4514 In determining custody joint custody removal visitation the courts will apply the relevant standards of the Illinois marriage and Dissolution of Marriage Act So the Paternity Act refers one to the Dissolution of Marriage Act and what relevant standards are well You have section 607 750 ice ILCS 5 slash 607 a parent not granted custody of the child is entitled to reasonable visitation rights Unless the court finds after hearing that visitation has been dangerous seriously the child's physical mental moral or emotional health Let's assume for the moment that we step away from Gagnon the gagging case and we do apply those factors What should have happened in the trial court What should have happened is the court should have found that there's no evidence to support serious endangerment There's not even really an allegation of serious endangerment The court should have then said that there is some evidence that it could be confusing Yes, judge to an eight-year-old child particularly when now another Parental father figure has been brought into her life as a stepfather Maybe so that you check maybe you proceed with caution. Absolutely. Okay, it happens You know, we do these cases all the time in various counties and just because he's the father doesn't I think it means that he? Gets visitation, but how that visitation didn't matter the amount and all that So the trial court ought to be using its discretion to figure out what's reason And what's reasonable might be something that you don't even agree with but it might be something I probably wouldn't disagree if the court said, you know what this child we don't we don't make certain this child isn't overwhelmed or fluttered with this information How about if you see her one hour on Sunday? Okay, how about if you introduce her to your family next Sunday for two? I mean, I think it happens all the time. I don't think in this instance It's likely to be the concern that dr. Fry thinks it could be because of the past contact This is a case with she if you look at these letters and the exhibits Sends to my client admitting and saying I love you And has this whole network of family, which is absolutely wiped off the face of the planet by a judicial decision So yeah, I don't have any problems with that I think that's appropriate but in this instance, not only was there no evidence the court reversed the Burden she placed the burden on my client to prove an entitlement And you know that's clearly not what the law is in my view you have there's a case that addresses that exact issue and that's the That's the case of in rape parentage of Melton. It's a 2000 case It adapts the slate and standard again than the serious endangerment And then specifically says that the visitation guidelines in 607 are in fact relevant standards this case the trial court said no Well in order around that conclusion you'd have to ignore the plain language of the statute You know, you'd have to follow the fourth district case Well judge you may be To be honest with you. We like it when trial judges follow I don't disagree, but see my problem is that gagged on was then three months later You got the Slayton case and the Slayton case was just the opposite. So it seemed to me without Saying it's late in effect Overruled gagging I think that's kind of really what happened here, so I I just find this to be a fairly It's a difficult case. It's an emotional case It's a difficult case both as advocate and as participant because you have someone who truly has done everything, right? And I do think that it's significant that the loss to this child of having a family support No, that is significant You can I guess take the position that put a child in a bubble and you protect the child from everything But that's true in any case if you have a natural father putative father Illegal father there's always risk in anything, but in this instance. It seems pretty clear to me that The situation is such that this child Jailey is entitled to know her biological father I'm trying to truncate or shorten her relationship with her stepfather to the extent for this one I don't know. There's certainly not anything here trying to say that mr.. Will shouldn't be involved mr. Taylor's not in any of those things A couple of issues I do want to raise is as tangents to these in my Motion I don't believe that Mr.. Wills should have standing to come here and complain about My attempt to have this court reverse the trial court with respect to his visitation mr. Wills is not relevant in the context of mr. Taylor and this child The Supreme Court in Raymond parentage of John M It's cited in the brief Raised the same issue never explained why I presume father when attempting to serve his own rights under the act Has standing to challenge the act in the grounds that it is against the child's best interest so to me That's one of the first issues. Why is mr.. Wills here challenging? Why isn't the mother here? She's not here challenging You know I think that's significant, but what's day? Why should mr. Wills be able to convince you that my client shouldn't have rights or standing Why would he do that first of all if he's truly interested in the best interest of this child wouldn't it be so that she? Does know her natural family? It's not have to compete with him To be an adjunct to this mean kids are malleable kids if you have love for a child that loves going to be whatever Family the kid knows and this child knows clearly that mr.. Taylor and his family lover I wanted to be part of his life There's an issue raised on jurisdiction. I want to address that as well This was a case that the July 18th 2011 order reserved child support daycare expenses income tax exemption retroactivity of payments all reserved The final judgment was entered on February 15th 2012 where it disposed of all issues including motion I have filed for an extensive time to file response pleadings and The appeal was then filed notice appeal on February 23rd, so I don't believe there's an issue with respect to jurisdiction. This is not a Mandated accelerated disposition of a child custody case it wasn't a custody case. This is a visitation case so In looking at all of this judge. I just would ask you to please reverse this case To permit the trial courts to enter an order visitation. That's consistent with this child's best interest there permits this child to enjoy And savor the capacity of her father natural father did not the law mandates I mean if you look at these look at these presumptions presumptions that a child isn't titled to this But it isn't her best interest so again. I could talk it gets a lot longer, but I won't if there's any questions I'll be back to answer them I See them you'll have rebuttal. Thank you mm-hmm you Mr.. Sotomayor Council your honors Mr.. Martin case is absolutely right And what he's right about is that it just isn't right And what isn't just right the fact that an individual? Can simply six years seven years eight years after the birth of a child Simply decide that he can inject himself into the life of that child Simply on the status of being a biological father In your honor is correct in saying that in the fourth district The controlling case which dictates how a trial court should in fact apply the standard is Making the burden on The moving party pursuant to the parentage act to come forward and show the court by preponderance of the evidence Why it is in the best interest of that child to have this individual in that person's life Mr.. Martinkus would have you believe it's simply because I'm the biological father That he gets visitation Well, that isn't what your honors have said in Gaggin. It isn't we seem to be a minority among the appellate courts however the Illinois Supreme Court in the case of I believe it's In ray the parentage of John M. And also I believe in Case of JSA versus MH have all Addressed the provisions of the parentage act which dictate that once an individual Files a petition under the parentage act not not in connection with a marital dissolution That once that is done What then happens it does not automatic? automatically confer Visitation upon that individual, but what it does is that it triggers the next step and the next step being that the Trial court has to then make an assessment Based upon the evidence introduced at a hearing it gives the opportunity for mr.. Martin. This is client myself and The mother when I say myself myself on behalf of Jason Wiltz to then present the court with evidence to either support or Detract from This individual who's filed a petition from entering into the child's life at this time And I think what's interesting here your honors is that the learned? Judge Hall, and I like that word learned because as a growing up in law school you used to read those Opinions that it kind of gave deference to a Person in this case the trial court who is in a very Precarious position Because she has to weigh in this case judge judge at all has to weigh all the testimony and then fashion a Decision a plan which meets the Mandates of the court, and I submit to you. That's exactly what she did because that order does not deny Mr.. Articus's client Steve Taylor Visitation it doesn't what it does is it says? What we're going to do is every year. We're going to have this child examined to understand if she really understands who Steve Taylor is and I think I think in Looking at at the order and looking at the judge's findings She ever could understand who he is if well what you can't see her as she can't see him judge Think of this if all of you can think about this for a while, and I mean no disrespect to any of your honors Think way back when you first learned about sex and Conception I Know for me if I close my eyes, and I think back to sixth grade and I heard about how children are conceived I said to myself my parents couldn't have done that they couldn't have done But you know you're in high school. You learn you can accept that. Oh, this is why and with respect to JW This is how he is my real dad because at this point according to according to That's pretty much out of the bag already for this child didn't the mother introduce The murder to the and said this is your natural father. I don't know if she used the words natural father She said this is your real dad. What does that mean I? Mean we know what it means to the child or what it doesn't mean to the child because the expert dr. By the way all parties stipulated to her report being admitted into evidence They had the opportunity to cross-examine her, but the bottom line is and it is as the trial court found Jw. Does not understand who's who Steve Taylor is or what relation ship he has to Jw At Jw. Stage of development there is no gray everything is black and white right or wrong She identifies greatly with her peer peer groups, and how much she is like her friends I Think this is very a very critical analysis because what happens here is not withstanding what anybody has attempted to do contrary or orders because there was an order that because of the fact there hadn't been a petition filed yet with respect to a parentage petition by Steve Taylor and The only a person that the court had jurisdiction over was Amy Merrill the order entered in January with respect to her not promoting Any type of relationship because there had not been there had not been a proper petition filed and even when that petition was filed And I believe it was judge Clary who said wait a minute. I'm not going to disturb the status quo you guys proceed like the statute says That's the reason why there wasn't any any permissible contact Between those parties and then once a fraternity was established what the court properly did and said okay wait a minute Before we we come in and talk about you having visitation We are going to do a best interest hearing You know unlike the cases before that people argued. Well. We should have a best interest hearing Prior to the Person being allowed to take the DNA test no, but the court properly said is this We're going to hold off on any visitation. We're going to have a best interest hearing Evaluation and we're going to determine. What is really right here now. It's interesting because mr. Martinkus brings up Slayton, and he somehow says that Slayton Yeah Yeah, no it doesn't Because what Dan involved was a parentage act case and what Slayton involved was a a Situation that was a marital dissolution and what had happened there you recall What we can reverse what happened here an individual by the name of Tom is married to the female I forget her name, but there's a child born during the marriage and it turns out to be somebody else's well the The visitation was premised none of the parentage act but on the rights afforded under the marital dissolution and That is why that case is distinguishable from the gagging case, and if you look to the dissent What the dissent talks about if it was a marriage a parentage case rather then the other standards would apply with respect to what's it worth in gagging and Once again if you look for it because we say your honors. I think somebody posed the question Well, we're different than everybody else But just because we're different does that mean we're wrong No, no because there should be a premium and Everybody wants to simply forget about Jason Jason is the father Jason will remain to be the father Jason hasn't run away from the obligations from his duties from his responsibilities or the love that he has the child Mr.. Martinkus says look at the photos look at the photos Look at the photograph of mr. Wills as he's laying in a hospital bed in Germany recovering from the brain injury and look who's next to him Look at that body You know there's an old saying My mother used to say too many cooks spoil the stew and What does it when how does it relate to this case your honor? Mr.. Martinkus would have you believe. Oh the more that you inject in the more fathers you have hey the better it is for this child No, it isn't the it's funny because the the section 607 a the council has referred to Actually talks about both parents and in terms of Endangerment and that sort of thing both parents it did that contemplate three parents and the public policy That is behind the Parentage Act relates to the ability of the child To have for her certain things. They're fundamental The council would have you believe that it is his right Or rather he he says well It's the child's right to have Bob to know who the biological father is Child's right for this child's right for that, but he teleport cases say wait a minute He doesn't have standing to make that argument about the child's right the child does He wants to simply throw himself in now This case is almost similar to Gagnon because of this In Gagnon you had you had an eight-year Span of time that the father was not in the child's life, and they talked about Melton well there's also a case of Winslow and versus Bennett That that that first is case and it talks about what the standard should be however it says in the absence of Existence or the non-existence of a relationship So like I argued my brief if you apply that standard We would have the same result even in the first district because they look to see what bonding what? existence of a relationship there was prior to the moment of time that that party wants to inject himself into the into the child's life and Clearly when you look to the factors that but you've come full circle now There's never going to be a relationship that can develop If we allow the lower court Judge to the contrary The court has allowed the possibility of a relationship to exist it does not adversely impact on Their child think about this If we have a parentage act that allows up until the age of 20, I think it's 21 For a person to come in So assume for the sake of argument that he decided not to file his petition Until the child was of age 16 or 17 Would that have prevented him from establishing a relationship with their child? Absolutely not if it truly is it truly is in the interest of mr.. Taylor to Have the best interest of this child at hand and at his own and wanting to inject himself then All of us would do the same thing what we we would wait We would wait no matter how much we want to know what was what's it? What's the big rush here? He waited eight years it may be next year. It may be the following year How did he wait eight years if he didn't know what judge? I mean we're not an awful lot of these cases as people that have turned their back on a child and walked away and it Had second thoughts I understand the facts in this case are Unless I'm misunderstanding is that he is a no judge. I I would I would really question I Would really question His testimony with his testimony Steve Taylor's testimony with respect to his knowledge all of a sudden in The summer month of November rather in the summer months and then in November of 2008 question but based upon what evidence What does you want us to question that well first of all when you look at the facts of the case? There there is a purported encounter through Facebook while Amy is married to drill Merrill, and I believe that their marriage is in September and by November Amy is already out of the household estranged from her then present husband Joseph Merrill and living in the house of Mr.. Taylor So I mean I was born at night, but not last night And I think we can infer based upon the the the testimony whether or not mr. Taylor's rendition of his When he actually knew With with skepticism But I wouldn't why wouldn't that Justice equally make us be skeptical of miss wills Merrill as a responsible figure or someone who maybe just You know a couple emails a couple tweets and a couple of Facebook's and she's out the door You know judge me that from what I've read this case This most stable person seems to be the child Okay, I've no offense that I don't mean that in regard I mean in the people who are living with not in regard to your client I'm not going to Advocate on behalf of mr.. Merrill. I questioned her Ability to be a sound parent, but let's get you know what no matter what the court does the person who is controlling The future interest in the welfare of the child is this woman who is not even here at least for now well and In terms of how many parents do you need is your client remarried is your client married? No, he isn't does he have someone in his life? yes, he has okay and Miss Merrill had somebody else in her life that she's now estranged from her divorce. Oh, she's she's back with Mr.. Merrill or she's back with you, and they have a child between themselves There are three other children or two other children living. I'm sorry. I believe three other children mr.. Merrill and Mr.. Taylor does he have a significant other he does I? Mean with or without mr.. Taylor in the picture the family reunion is pretty confused well, but the problem is this Well what we're talking about now is affecting and Let me address the the argument about standing here well first of all these cases were consolidated the D case and the F case we're more interested in what we're going to do as opposed to the standing and jurisdiction well judge The fact of the matter remains is if Taylor is afforded visitation It certainly impacts on the visitation Well her reunification with mr.. Merrill impacts that but judge or her remarriage again Impacts that but or mr.. Mr.. Wills marrying somebody impacts that because they may might bring children to the family or They might not be as interested in this child, but the impact that we're talking about is the right for visitation of Mr.. Wills which is going to be diminished by a 40. I mean how far can you split up this child? I mean are we supposed to say okay? Wills had visitation pursuant to the order in the dissolution case X amount of hours Well, we know with another person coming in at this point. It certainly would affect his visitation with the child But more importantly I'm not even concerned about that what I'm concerned about your honors Is the fact that we are going to inject this person mr. Taylor into this child's life when all the medical Evidence suggests that that is going to adversely affect her. I mean there's no guarantee. We're not you know It's not an exact scientist a science rather, but the fact remains is You know what take a look at the Slayton case with Brandon and and in the courts talk about how adults Are bickering back and forth look how at least when I read that opinion? how Affected that child was at one point. Yes. I want my father time here He calls him Tom and then later on no I don't want to see him can you imagine the tug-of-war that was going on there? I can but I can also imagine and I was on the Gagnon panel if I remember correctly it's been a long time ago I Can also picture a 12 year old adolescent pre-adolescent child Turning and looking at the people in her life and saying wait a minute You mean that guy that I was introduced to and spent the Thanksgiving holiday with He was I mean that guy's really my dad I mean, I know you raised me or helped raise me, and there's this guy over here that did this But that's the guy that brought me into the world along with my mom and Then turning and looking at the people in her life and saying and you kept him from me By a court order I mean that I mean That that one way or the other how it goes But I'm saying that if we begin to think about what's going to occur there are going to be repercussions on this child No matter what because of the way the people in her life have behaved I Agree, but if for example In this case. I mean, it's really funny because we deal with it with a juvenile. You know we make sure okay Don't mention her real name called her JW We expedite this decision because of the fact that she's a minor And we show all this attention to this child because we really want to protect her Well the best way you can protect her is not to let her be adversely affected by this knowledge I mean can you imagine we're talking about the peers at school. Oh, you're the one-night stand, baby Okay, because that's how it's going to come out. You know she was not the product of love between two parents She was the conception As she was the result of a one-night stand and now eight years later This guy enters in her life. They're gonna say well wait a minute her friends are gonna say well Who is your daddy, how is he your daddy is she capable at this stage in her life of Giving an answer to that without it. She's been she's different from everybody else She has you mean there won't be anybody in her class with two dads or two moms Because I will be not Biological parents and the thing is this so then we're gonna lie that's how I'll tell you It might be biological one of them may be the birth mother one of them may have been the sperm donor Those kids are different too in that way, but why? To that kind of either ridicule or Pressure when it's very easy if we follow the trial courts Plan to say that's all you're going pretty much over. I apologize. That's okay. Thank you. Thank you We have rebuttal I'm gonna keep it short because I don't think I can respond to some of that stuff I'm not gonna talk about sex or his experience or anything like that a couple points I want to make he says that the medical evidence supports what the trial court did Here's the question I asked dr. Frye So what you're really saying is that you don't have any Hardcore evidence at all that any sort of involvement with Steve would have a negative effect in jaily crack There is no hard for evidence or research. There's no medical evidence. This is simply a Guy sits back and does nothing he finds out about it immediately takes action immediately gets involved his child's life Is the good guy in this case to be honest with you? He's the you know that the child probably is in some ways the most stable person, but Steve's not far behind And the other thing I really do I think it's kind of an inference here a little bit How in the world is Steve ever going to have a relationship the supplemental order doesn't require or permit him to do anything? It simply says the purpose of the evaluation shall be deterred to determine Jaily wills understanding of identification of her father well how in the world would she ever advance that identification? She may very well already know frankly and still remembers and these things on the playground do get passed around I'm sure but the notion that somehow mr. Wills will have the benefit of the opportunity at a later date to and what reimpose himself as ludicrous There's nothing in this order that says well He should be in in order to sit down and talk to her or have and the other thing too is miss Dr.. Fry never asked her. Do you know your dad? You know who Steve is never said a word about never once mentioned it I don't know This is a tough case for me personally because it is emotional and I do Have strong views on it, and I do think that it is would be a tragedy if you don't reverse it I think this child not just my client this child's entitled to know Thanks to both of you the case is submitted in the corpus any recess